**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Northern__ District of __Illinois__
                        (State)

Case number (*If known*): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual      12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   Bighorn Capital, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Big Horn Mortgage, Inc.
   Blue Acquisition, LLC

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 201 North Clark Street | 250 Pilot Avenue, Suite 160 |
   | Number   Street | Number   Street |
   | | P.O. Box |
   | Chicago      IL    60601 | Las Vegas      NV    89119 |
   | City         State   ZIP Code | City         State   ZIP Code |

   | | Location of principal assets, if different from principal place of business |
   |---|---|
   | Cook | |
   | County | Number   Street |
   | | |
   | | City         State   ZIP Code |

Official Form 205      Involuntary Petition Against a Non-Individual      page 1

Debtor  Bighorn Capital, Inc.  
      Name

Case number (if known) _____

### 6. Debtor's website (URL)
http://www.bighorn-capital.com

### 7. Type of debtor
[x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
[ ] Partnership (excluding LLP)  
[ ] Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:

[ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))  
[ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
[ ] Railroad (as defined in 11 U.S.C. § 101(44))  
[ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))  
[ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))  
[ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))  
[x] None of the types of business listed.  
[ ] Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

[ ] No  
[x] Yes. Debtor  In re Garvey Court Holdings, LLC   Relationship  affiliate/subsidiary  
    District  Bankr. N.D. Ill.   Date filed  01/20/2016   Case number, if known  16-01697  
                                      MM / DD / YYYY

    Debtor  In re Garvey Court, LLC   Relationship  affiliate/subsidiary  
    District  Bankr. N.D. Ill.   Date filed  01/20/2016   Case number, if known  16-01700  
                                      MM / DD / YYYY

## Part 3:   Report About the Case

### 10. Venue

Check one:

[ ] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

[x] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).  
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

[x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

[ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

[x] No  
[ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205        Involuntary Petition Against a Non-Individual        page 2

Debtor  Bighorn Capital, Inc.
  Name

Case number (if known) _____

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| See Exhibit A (attached) | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Noorul Amin Khowaja/E-Doing, Inc. d/b/a Dunkin' Donuts
Name

5301 West Melrose Street
Number  Street

Chicago     IL    60602
City        State  ZIP Code

Name and mailing address of petitioner's representative, if any

Kasif Khowaja
Name

300 North LaSalle Street, Suite 4925
Number  Street

Chicago     IL    60654
City        State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/19/2016
  MM / DD / YYYY

X K--- K--------, General Counsel
Signature of petitioner or representative, including representative's title

**Attorneys**

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name, if any

300 South Wacker Drive, Suite 2300
Number  Street

Chicago     IL    60606
City        State  ZIP Code

Contact phone (312) 399-2250   Email dkane@mpslaw.com

Bar number 6277758

State IL

X _____
Signature of attorney

Date signed 1/20/2016
  MM / DD / YYYY

Debtor　Bighorn Capital, Inc.
　　　　Name

Case number (if known) _____

### Name and mailing address of petitioner

Seedays (Illinois), LLC
Name

200 Court of Ash
Number　Street

Vernon Hills　　　IL　　60061
City　　　　　　　State　　ZIP Code

### Name and mailing address of petitioner's representative, if any

Dmitry Isaev
Name

200 Court of Ash
Number　Street

Vernon Hills　　　IL　　60061
City　　　　　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/18/2016
　　　　　　　MM / DD / YYYY

X _____ President
Signature of petitioner or representative, including representative's title

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name, if any

300 South Wacker Drive, Suite 2300
Number　Street

Chicago　　　　　IL　　60606
City　　　　　　　State　　ZIP Code

Contact phone (312) 399-2250　Email dkane@mpslaw.com

Bar number　6277758

State　IL

X _____
Signature of attorney

Date signed  1/20/2016
　　　　　　　MM / DD / YYYY

---

### Name and mailing address of petitioner

Hwani, Inc. d/b/a K-Kitchen
Name

555 West Madison Street, #2212
Number　Street

Chicago　　　　　IL　　60661
City　　　　　　　State　　ZIP Code

### Name and mailing address of petitioner's representative, if any

Harry Jang
Name

420 East Waterside Drive, #912
Number　Street

Chicago　　　　　IL　　60601
City　　　　　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2016
　　　　　　　MM / DD / YYYY

X _____ president
Signature of petitioner or representative, including representative's title

David L. Kane
Printed name

Meltzer, Purtill & Stelle LLC
Firm name, if any

300 South Wacker Drive, Suite 2300
Number　Street

Chicago　　　　　IL　　60606
City　　　　　　　State　　ZIP Code

Contact phone (312) 399-2250　Email dkane@mpslaw.com

Bar number　6277758

State　IL

X _____
Signature of attorney

Date signed  1/20/2016
　　　　　　　MM / DD / YYYY

Debtor　Bighorn Capital, Inc.
　　　　Name

Case number (if known)_____

### Name and mailing address of petitioner

Shahaamir, Inc. d/b/a Wing Kingz
Name

8929 Central Avenue
Number　Street

Morton Grove　　　　IL　　60053
City　　　　　　　　　State　ZIP Code

### Name and mailing address of petitioner's representative, if any

Salim Arbi
Name

8929 Central Avenue
Number　Street

Morton Grove　　　　IL　　60053
City　　　　　　　　　State　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　01/20/2016
　　　　　　　MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name, if any

70 West Madison, Suite 1500
Number　Street

Chicago　　　　　　　IL　　60602
City　　　　　　　　　State　ZIP Code

Contact phone　(312) 263-2300　Email　rrbenjamin@golanchristie.com

Bar number　0170429

State　IL

X _____
Signature of attorney

Date signed　01/20/2016
　　　　　　　MM / DD / YYYY

---

### Name and mailing address of petitioner

Luna Hospitality, Inc. f/k/a R.O.C. Hospitality Group, Inc. d/b/a Pueblo
Name

1515 Cottonwood Drive
Number　Street

Glenview　　　　　　IL　　60026
City　　　　　　　　　State　ZIP Code

### Name and mailing address of petitioner's representative, if any

Paul Luna
Name

1515 Cottonwood Drive
Number　Street

Glenview　　　　　　IL　　60026
City　　　　　　　　　State　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　01/19/2016
　　　　　　　MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name, if any

70 West Madison, Suite 1500
Number　Street

Chicago　　　　　　　IL　　60602
City　　　　　　　　　State　ZIP Code

Contact phone　(312) 263-2300　Email　rrbenjamin@golanchristie.com

Bar number　0170429

State　IL

X _____
Signature of attorney

Date signed　01/20/2016
　　　　　　　MM / DD / YYYY

Debtor  Bighorn Capital, Inc.                                Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Name: Byeung Hean Lee d/b/a Green Apple Grill & More

Number Street: 8990 West Heathwood Circle

City: Niles    State: IL    ZIP Code: 60714

**Name and mailing address of petitioner's representative, if any**

Name: Byeung Hean Lee

Number Street: 8990 West Heathwood Circle

City: Niles    State: IL    ZIP Code: 60714

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/2016
          MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Robert R. Benjamin

Firm name, if any: Golan & Christie LLP

Number Street: 70 West Madison, Suite 1500

City: Chicago    State: IL    ZIP Code: 60602

Contact phone: (312) 263-2300    Email: rrbenjamin@golanchristie.com

Bar number: 0170429

State: IL

X _____
Signature of attorney

Date signed: 01/20/2016
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: The Works North Loop, Inc.

Number Street: 9253 Knight Avenue

City: Des Plaines    State: IL    ZIP Code: 60016

**Name and mailing address of petitioner's representative, if any**

Name: Joseph Marcos

Number Street: 9253 Knight Avenue

City: Des Plaines    State: IL    ZIP Code: 60016

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/19/2016
          MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Robert R. Benjamin

Firm name, if any: Golan & Christie LLP

Number Street: 70 West Madison, Suite 1500

City: Chicago    State: IL    ZIP Code: 60602

Contact phone: (312) 263-2300    Email: rrbenjamin@golanchristie.com

Bar number: 0170429

State: IL

X _____
Signature of attorney

Date signed: 01/20/2016
             MM / DD / YYYY

Debtor  Bighorn Capital, Inc.
        Name

Case number (if known) _____

### Name and mailing address of petitioner

Windy City's Finest, Inc. d/b/a Robinson's #1 Ribs Store 3
Name

4921 West Thomas
Number   Street

Chicago          IL        60651
City             State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Lavon Boyd
Name

4921 West Thomas
Number   Street

Chicago          IL        60651
City             State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/19/2016
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Robert R. Benjamin
Printed name

Golan & Christie LLP
Firm name, if any

70 West Madison, Suite 1500
Number   Street

Chicago          IL        60602
City             State     ZIP Code

Contact phone (312) 263-2300   Email rrbenjamin@golanchristie.com

Bar number  0170429

State  IL

✗ _____
Signature of attorney

Date signed  01/20/2016
             MM / DD / YYYY

### Name and mailing address of petitioner

Name

Number   Street

City             State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Name

Number   Street

City             State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City             State     ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor: Bighorn Capital, Inc.
   Name

Case number (*if known*) _____

# EXHIBIT A
## to
## Involuntary Petition Against a Non-Individual

**13. Each petitioner's claim.**

| Name of petitioner | Nature of petitioner's claim | Total amount of claim* | Amount of the claim above the value of any lien |
|---|---|---|---|
| Noorul Amin Khowaja/E-Doing, Inc. d/b/a Dunkin' Donuts | Final Judgment | $652,834.19 | $9,315.19 |
| Seedays (Illinois), LLC | Final Judgment | $789,092.19 | $9,315.19 |
| Hwani, Inc. d/b/a K-Kitchen | Final Judgment | $565,671.20 | $9,315.20 |
| Shahaamir, Inc. d/b/a Wingz Kingz | Final Judgment | $402,283.11 | $7,091.11 |
| Luna Hospitality, Inc. f/k/a R.O.C. Hospitality Group d/b/a Pueblo | Final Judgment | $495,816.11 | $7,091.11 |
| Byeung Hean Lee d/b/a Green Apple Grill & More | Final Judgment | $450,173.11 | $7,091.11 |
| The Works North Loop, Inc. | Final Judgment | $661,221.11 | $7,091.11 |
| Windy City's Finest, Inc. d/b/a Robinson's #1 Ribs Store 3 | Final Judgment | $495,816.10 | $7,091.10 |
| **Total of petitioner's claims** | | | **$63,401.12** |

*Each petitioner's claim increases by $5,000.00 per day until paid in full.